IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

SIMON BIONG LACKY MORIS, A# 221-388-984                    PETITIONER

V.                                        CIVIL NO. 5:26-cv-343-DCB-RPM

WARDEN R. VERGARA                                          RESPONDENT

ORDER

This matter is before the Court on pro se Petitioner Simon Biong Lacky Moris's

(Petitioner's), Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241.[1]  Petitioner is

an immigration detainee housed at the Adams County Correctional Center in Natchez,

Mississippi.  After initial review of Petitioner's filings, the Court finds that Respondents

shall respond to the Petition.

**IT IS THEREFORE ORDERED** that Respondent shall file an answer or other

responsive pleading in this cause within twenty (20) days of the service of a copy of this

order.  Respondent shall respond to the Petition [1] and shall file with his or her answer or

other responsive pleading any agency records or court records relevant to the disposition of

this cause.   If Petitioner desires to file a rebuttal, he may do so within fourteen days after

Respondent files an answer or other responsive pleading.

**IT IS FURTHER ORDERED** that the Clerk of Court shall serve, by certified mail, a

copy of Petitioner's Petition [1] filed herein, along with a copy of this Order upon the Civil

Process Clerk of the Office of the United States Attorney for the Southern District of

Mississippi, 501 E. Court St., Suite 4.430, Jackson, MS 39201; the Attorney General of the

United States, at U.S. Department of Justice, 950 Pennsylvania Ave., NW, Washington,

---

[1] Petitioner paid the filing fee.

D.C. 20530; and Warden of Adams County Correctional Center, 20 Hobo Fork Road, Natchez, MS 39120.  Respondent may view Petitioner's Memorandum in Support [2] via the Court's CM/ECF System.

The Court warns Petitioner that his failure to timely comply with any Order of this Court or his failure to keep this Court informed of his current address will result in the dismissal of this case.

**SO ORDERED**, this the 12th day of May, 2026.

/s/ *Robert P. Myers, Jr.*

ROBERT P. MYERS, JR.
UNITED STATES MAGISTRATE JUDGE